**IN THE MISSOURI COURT OF APPEALS**
**MAY 13, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**

| | |
|---|---|
| WD75583 | In Re: The Trust of Deanna S. Sesto; Thomas Sesto vs. Francine Cheswick |
| WD76012 | Harrell Johnson vs. State of Missouri |
| WD76175 | In The Interest Of: J.P. vs. Juvenile Officer |
| WD76339 | Columbia Mutual Insurance Company vs. Grain Bin Supply Co., LLC and Martha Knuppel |
| WD76865 | City of Kansas City, Missouri vs. Frances Gumm, et al |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------------------

None